```
1  DENNIS M. BROWN, Bar No. 126575
   TODD K. BOYER, Bar No. 203132
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   14th Floor
4  San Jose, CA  95113.2303
   Telephone:  408.998.4150
5
6  Attorneys for Defendant
   SEARS, ROEBUCK AND CO.
```

**FILED**

OCT 0 9 2007

LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
~~LISA DALIA~~ DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF MONTEREY

| | |
|---|---|
| CONSTANCE LONDON,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND COMPANY, an Illinois corporation, and DOES I-XX,<br><br>Defendants. | Case No. M86095<br><br>NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT<br><br>28 U.S.C. § 1441(B) DIVERSITY<br><br>**BY FAX** |

TO PLAINTIFF, CONSTANCE LONDON, AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed by Defendant Sears, Roebuck and Co., in the United States District Court for the Northern District of California, on October 5, 2007 pursuant to 28 U.S.C. §§ 1332(a)(1), 1441, and 1446. A copy of said Notice of Removal is attached to this Notice and is served and filed herewith.

Dated: October 5, 2007

DENNIS M. BROWN
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SEARS, ROEBUCK AND CO.

Firmwide:83159929.1 053194.1000

Case No. M86095

NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

1  DENNIS M. BROWN, Bar No. 126575
   TODD K. BOYER, Bar No. 203132
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   14th Floor
4  San Jose, CA 95113.2303
   Telephone: 408.998.4150
5
   Attorneys for Defendant
6  SEARS, ROEBUCK AND CO.

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF MONTEREY

10 | CONSTANCE LONDON,              | Case No. M86095
11 |         Plaintiff,             | NOTICE TO PLAINTIFF OF REMOVAL
   |                                | OF CIVIL ACTION TO FEDERAL COURT
12 |    v.                          |
   |                                | 28 U.S.C. § 1441(B) DIVERSITY
13 | SEARS, ROEBUCK AND COMPANY, an |
   | Illinois corporation, and DOES I-XX,
14 |
   |         Defendants.
15

16 TO PLAINTIFF, CONSTANCE LONDON, AND HER ATTORNEY OF RECORD:

17         PLEASE TAKE NOTICE that a Notice of Removal of this action was filed by

18 Defendant Sears, Roebuck and Co., in the United States District Court for the Northern District of

19 California, on October 5, 2007 pursuant to 28 U.S.C. §§ 1332(a)(1), 1441, and 1446. A copy of said

20 Notice of Removal is attached to this Notice and is served and filed herewith.

21

22 Dated: October 5, 2007

23

24                                     _____
                                       DENNIS M. BROWN
25                                     TODD K. BOYER
                                       LITTLER MENDELSON
26                                     A Professional Corporation
                                       Attorneys for Defendant
27                                     SEARS, ROEBUCK AND CO.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:83159929.1 053194.1000                                    Case No. M86095
           NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

**PROOF OF SERVICE BY MAIL**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 5, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

in a sealed envelope, postage fully paid, addressed as follows:

Michael P. Guta, Esq.
Law Offices of John E. Hill
8105 Edgewater Drive, Suite 100
Oakland, CA 94621

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 5, 2007, at San Jose, California.

_____
Mary A. Jones

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:83222489.1 053194.1004