```
1  DENNIS M. BROWN, Bar No. 126575
   E-mail: dbrown@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-mail: tboyer@litter.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 14th Floor
   San Jose, CA  95113.2303
5  Telephone:   408.998.4150
   Facsimile:   408.288.5686
6
   Attorneys for Defendant
7  SEARS, ROEBUCK AND CO.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE LONDON,<br><br>        Plaintiff,<br><br>    v.<br><br>SEARS, ROEBUCK & COMPANY, an Illinois corporation; and DOES I-XX,<br><br>        Defendants. | Case No.  C07 05148 RS<br><br>**NOTICE OF WITHHOLDING OF CONSENT AND OBJECTION TO ASSIGNMENT TO MAGISTRATE JUDGE AND REQUEST FOR RE-ASSIGNMENT TO DISTRICT JUDGE**<br><br>Complaint Filed: August 30, 2007 |

TO THE COURT CLERK, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 636(c)(2) and Northern District General Order No. 44(N)(1)(d), Defendant Sears, Roebuck & Co. hereby serves notice that it does not consent and hereby objects to the assignment of this action to a Magistrate Judge for all purposes. Defendant requests that the Court Clerk re-assign the action to a District Judge in accordance with 28 U.S.C. § 636(c)(2), Northern District Local Civil Rule 3–3, and Northern District General Order No. 44(N)(1)(d), and without adverse substantive consequences.

Dated: October 9, 2007

                                  _____
                                  DENNIS M. BROWN
                                  TODD K. BOYER
                                  LITTLER MENDELSON
                                  A Professional Corporation
                                  Attorneys for Defendant
                                  SEARS, ROEBUCK AND CO.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Case No. C07 05148 RS
FIRMWIDE:83245896.1 053194.1004

NOTICE OF W/HLDG OF CNS. & OBJ. TO ASGN TO MAG. JDG & REQ FOR RE-ASGN TO DIST JUDGE