UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **CONSTANCE LONDON,**<br><br>　　　　　　Plaintiff(s),<br><br>VS.<br><br>**SEARS, ROEBUCK & COMPANY,**<br>　　　　　　Defendant(s).<br>_____ | C 07-05148 RS<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for January 23, 2008 before the Honorable Judge Richard Seeborg has been continued to **January 28, 2008@ 10:00 a.m.,** before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on January 18, 2008

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356 to take this matter off calendar.

Dated: October 10, 2007　　　　　　　　　　RICHARD W. WIEKING,
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　Martha Parker Brown
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk