**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

October 10, 2007

**CASE NUMBER: CV 07-05148 RS**
**CASE TITLE: CONSTANCE LONDON-v-SEARS ROEBUCK & COMPANY, ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case assigned to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/09/07

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 10/10/07

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                 Transferor CSA