1  DENNIS M. BROWN, Bar No. 126575
   E-mail: dbrown@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-mail: tboyer@litter.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 14th Floor
   San Jose, CA  95113.2303
5  Telephone:    408.998.4150
   Facsimile:    408.288.5686
6
7  Attorneys for Defendant
   SEARS, ROEBUCK AND CO.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 CONSTANCE LONDON,                    Case No.  C07 05148 RS

12              Plaintiff,              **NOTICE OF CHANGE OF ADDRESS**

13        v.

14 SEARS, ROEBUCK & COMPANY, an
   Illinois corporation; and DOES I-XX,
15
                 Defendants.
16

17

18 TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

19         NOTICE IS HEREBY GIVEN that effective December 17, 2007, the new address

20 (floor change only) of Defendant SEARS, ROEBUCK & COMPANY'S attorneys of record, Dennis

21 M. Brown and Todd K. Boyer of Littler Mendelson, is as follows:

22         Dennis M. Brown, Esq.
           Todd K. Boyer, Esq.
23         Littler Mendelson
           50 West San Fernando Street, 15th Floor
24         San Jose, CA  95113-2431
           Tel:  (408) 998-4150
25         Fax:  (408) 228-5686

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

Case No.  C07 05148 RS
FIRMWIDE:83869373.1 053194.1004

**NOTICE OF CHANGE OF ADDRESS**

1  Dated:    December 17, 2007

2

3                                          /s/    Todd K. Boyer
                                    DENNIS M. BROWN
4                                   TODD K. BOYER
                                    LITTLER MENDELSON
5                                   A Professional Corporation
                                    Attorneys for Defendant
6                                   LOCKHEED MARTIN CORPORATION

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

Case No.
FIRMWIDE:83869373.1 053194.1004

2.

CERTIFICATION AND NOTICE OF
INTERESTED PARTIES