1  DENNIS M. BROWN, Bar No. 126575
   E-mail: dmbrown@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-Mail: tboyer@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 15th Floor
   San Jose, CA  95113.2303
5  Telephone:    408.998.4150
   Facsimile:    408.288.5686
6
   Attorneys for Defendant
7  SEARS, ROEBUCK AND CO.

8  JOHN E. HILL, Bar No. 45338
   MICHAEL P. GUTA, Bar No. 121509
9  LAW OFFICES OF JOHN E. HILL
   A Professional Corporation
10 8105 Edgewater Drive, Suite 100
   Oakland, CA 94621
11 Telephone:    510.588.1000
   Facsimile:    510.729.6333
12
   Attorney for Plaintiff
13 CONSTANCE LONDON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CONSTANCE LONDON,<br><br>              Plaintiff,<br><br>      v.<br><br>SEARS, ROEBUCK AND COMPANY, an Illinois Corporation; and DOES I THROUGH XX, inclusive,<br><br>              Defendants. | Case No.  C-07-05148-JW<br><br>**JOINT ADR STIPULATION**<br><br>Trial Date:  None |
|---|---|

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration           ☐ Early Neutral Evaluation (ENE)           ☒ Mediation

The parties request that the mediator be familiar with the California and Federal employment laws.

JOINT ADR STIPULATION (C-07-05148-JW)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

The parties agree to hold the ADR session by:

☒ the presumptive deadline of 90 days.

Dated: January 22, 2008

                    /s/ *Todd K. Boyer*
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SEARS, ROEBUCK AND CO.

Dated: January 22, 2008

                    /s/ *Michael P. Guta*
MICHAEL P. GUTA
LAW OFFICES OF JOHN E. HILL
Attorneys for Plaintiff
CONSTANCE LONDON

IT IS SO ORDERED:

Dated: _____, 2008

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Firmwide:84098460.1 053194.1004

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT ADR STIPULATION (C-07-05148-JW)　　2.