1  DENNIS M. BROWN, Bar No. 126575
   E-mail: dmbrown@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-Mail: tboyer@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 15th Floor
   San Jose, CA  95113.2303
5  Telephone:     408.998.4150
   Facsimile:     408.288.5686
6
   Attorneys for Defendant
7  SEARS, ROEBUCK AND CO.

8  JOHN E. HILL, Bar No. 45338
   MICHAEL P. GUTA, Bar No. 121509
9  LAW OFFICES OF JOHN E. HILL
   A Professional Corporation
10 8105 Edgewater Drive, Suite 100
   Oakland, CA 94621
11 Telephone:     510.588.1000
   Facsimile:     510.729.6333
12
   Attorney for Plaintiff
13 CONSTANCE LONDON

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                   SAN JOSE DIVISION

17 CONSTANCE LONDON,                    Case No.  C-07-05148-JW

18              Plaintiff,              **JOINT CASE MANAGEMENT
                                        CONFERENCE STATEMENT**
19      v.
                                        Date:      January 28, 2008
20 SEARS, ROEBUCK AND COMPANY, an       Time:      10:00 a.m.
   Illinois Corporation; and DOES I     Judge:     Hon. James Ware
21 THROUGH XX, inclusive,               Courtroom: 8, Fourth Floor

22              Defendants.             Trial Date:  None

23

24         Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Defendant Sears,

25 Roebuck and CO. ("Sears") and Plaintiff Constance London hereby file this Case Management

26 Conference Statement and request the Court to adopt it as its Case Management Order in this case.

27         Defendant Sears, Roebuck and Co. is represented by Dennis M. Brown and Todd K.

28 Boyer, both of Littler Mendelson, PC.  Plaintiff Constance London is represented by Michael P.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT CASE MANAGEMENT CONF.
STATEMENT (C-07-05148-JW)

1  Guta, of the Law Offices of John E. Hill.

2      **A.      Jurisdiction and Service**

3          Plaintiff Constance London filed this matter in the Monterey County Superior Court

4  on August 30, 2007.  On October 7, 2007, Defendant Sears, timely removed the case to this Court on

5  the basis of diversity jurisdiction.

6      **B.      Facts**

7          In her Complaint, Plaintiff claims that she was wrongfully terminated and

8  discriminated against, defamed and owed back wages in connection with her employment with

9  Defendant Sears.  Defendant denies Plaintiff's allegations, and alleges that Plaintiff was properly

10  terminated, not defamed, and is not owed any back wages.

11      **C.      Factual And Legal Issues**

12          1.    Whether Defendant owes Plaintiff any back wages.

13          2.    Whether Defendant wrongfully terminated Plaintiff in violation of public
               policy.
14

15          3.    Whether Plaintiff's termination was improperly based on her age.

16          4.    Whether Defendant caused Plaintiff damages by terminating her employment
               or whether any damages suffered by Plaintiff were because of her own
17               misconduct.

18          5.    Whether Plaintiff engaged in misconduct warranting termination during her
               employment with Sears.

19          6.    Whether any of Defendant's employees made any false statements about
               Plaintiff
20

21          7.    Whether any comments made about Plaintiff by Defendant's employees were
               privileged.

22          8.    Whether Plaintiff suffered any emotional distress as a result of her
               employment at Sears
23

24          9.    Whether Plaintiff has lost wages since her termination.

25      **D.      Motions**

26          The parties have filed no motions and there are no motions pending before this Court.

27  Defendant intends to file a Motion for Summary Judgment once discovery is completed.

28

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT CASE MANAGEMENT CONF.
STATEMENT (C-07-05148-JW)                    2.

1    **E.    Amendment of Pleadings**

2    The parties do not intend to amend their pleadings, however, if a party needs to

3    amend, the parties stipulate to a deadline of July 11, 2008.

4    **F.    Evidence Preservation**

5    Defendant suspended the routine destruction of electronically stored information to

6    preserve evidence relevant to the issues reasonably evident in this action, and has preserved the

7    information for production to Plaintiff, if necessary.

8    **G.    Disclosures**

9    Pre-Discovery Disclosures: the parties request that initial disclosures required by Fed.

10   R. Civ .P. 26(a)(1) be made on February 29, 2008.

11   **H.    Discovery**

12   Plaintiff proposes to the Court the following discovery plan:

13   1.    Defendant's administration of its policy regarding employee discounts.

14   2.    Defendant's practice with regard to employee who are over forty years of age.

15   Defendant proposes to the court the following discovery plan:

16   3.    Defendant's Discovery Plan.    Defendant believes that discovery will be

17   needed on the following subjects:

18   a.    Plaintiff's job performance.

19   b.    The circumstances surrounding the misconduct that resulted in
     Plaintiff's termination from employment.

20

21   c.    Plaintiff's mitigation efforts.

22   d.    All issues raised in Defendant's answer and affirmative defenses.

23   3.    No limitation on Request for Admissions by each party to any other party.

24   4.    No limitation on the number of depositions other than the limitations imposed

25   by the Federal Rules of Civil Procedure.

26   5.    Each deposition shall be limited to a maximum of 7 hours unless extended by

27   agreement of the parties.    Defendant anticipates that it may need more than seven (7) hours to

28   complete the deposition of Plaintiff, and requests that the Court grant additional time.

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT CASE MANAGEMENT CONF.
STATEMENT (C-07-05148-JW)                    3.

6.     **Electronic Discovery**:

The parties will produce all electronically stored information in paper form unless the requesting party specifically requests the information in another form.

**I.     Related Cases**

There are no related cases.

**J.     Relief**

Plaintiff seeks compensatory and economic damages, emotional distress damages, attorney's fees and punitive damages.

**K.     Settlement Alternative Dispute Resolution**

The parties will participate in Court sponsored mediation pursuant to the Northern District an ADR process. The parties have filed the ADR stipulation with the Court.

**L.     Consent to Magistrate Judge for All Purposes**

The parties do not consent to assignment of this case to a Magistrate Judge for trial.

**M.     Other References**

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**N.     Narrowing of Issues**

The issues in this case cannot be narrowed by agreement. Defendant will meet and confer with Plaintiff prior to trial to attempt to expedite the admission of evidence through stipulation.

**O.     Expedited Schedule**

The parties do not believe this case is suitable for an expedited schedule.

**P.     Scheduling**

The parties request the following case schedule:

11/14/08 - All non-expert discovery shall cut off.

12/05/08 - Disclosure and production of initial reports from retained experts for the parties under Fed. R. Civ. P. 26(a)(2) are to be served.

12/19/08 - Supplementary expert disclosure and reports to be

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT CASE MANAGEMENT CONF.
STATEMENT (C-07-05148-JW)                4.

1    served.

2        01/16/09 - Expert discovery shall cut-off.

3        02/06/09 - All dispositive motions shall be filed.

4        04/27/09 - Trial to begin.

5    **Q.    Trial**

6        The parties estimate the length of trial to be three to four days.

7    **R.    Disclosure of Non-Party Interested Entities or Persons**

8        Defendant has filed its "Certification of Interested Entities or Persons" as required by

9    Civil Local Rule 3-16.  Defendant restates that it is aware of the following entity that has a financial

10    interest in the subject matter in controversy or in a party to the proceeding:

11        1.    Sears Holding Corp.

12

13    Dated:    January 22, 2008

14

15                    /s/ *Todd K. Boyer*
                    TODD K. BOYER
16                    LITTLER MENDELSON
                    A Professional Corporation
17                    Attorneys for Defendant
                    SEARS, ROEBUCK AND CO.
    Dated:    January 22, 2008
18

19                    /s/ *Michael P. Guta*
                    MICHAEL P. GUTA
20                    LAW OFFICES OF JOHN E. HILL
                    Attorneys for Plaintiff
21                    CONSTANCE LONDON

22
    Firmwide:84023083.1 053194.1004
23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT CASE MANAGEMENT CONF.          5.
STATEMENT (C-07-05148-JW)

1              o0o-

2

3                    **<u>ORDER</u>**

4          The parties' Case Management Statement and Proposed Order is hereby adopted by

5    the Court as the Case Management Order for the case and the parties are ordered to comply with this

6    Order.  In addition, the Court orders:_____

7    _____

8    _____ .

9

10   Dated:  _____, 2008

                                          _____

11                                        THE HONORABLE JAMES WARE
                                          UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT CASE MANAGEMENT CONF.
STATEMENT (C-07-05148-JW)              6.