| | |
|---|---|
| 1 | DENNIS M. BROWN, Bar No. 126575<br>E-mail: dmbrown@littler.com |
| 2 | TODD K. BOYER, Bar No. 203132<br>E-Mail: tboyer@littler.com |
| 3 | LITTLER MENDELSON<br>A Professional Corporation |
| 4 | 50 West San Fernando Street, 15th Floor<br>San Jose, CA  95113.2303 |
| 5 | Telephone:    408.998.4150<br>Facsimile:     408.288.5686 |
| 6 | |
| 7 | Attorneys for Defendant<br>SEARS, ROEBUCK AND CO. |
| 8 | JOHN E. HILL, Bar No. 45338<br>MICHAEL P. GUTA, Bar No. 121509 |
| 9 | LAW OFFICES OF JOHN E. HILL<br>A Professional Corporation |
| 10 | 8105 Edgewater Drive, Suite 100<br>Oakland, CA 94621 |
| 11 | Telephone:    510.588.1000<br>Facsimile:     510.729.6333 |
| 12 | |
| 13 | Attorney for Plaintiff<br>CONSTANCE LONDON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONSTANCE LONDON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SEARS, ROEBUCK AND COMPANY, an Illinois Corporation; and DOES I THROUGH XX, inclusive,<br><br>　　　　　Defendants. | Case No.  C-07-05148-JW<br><br>**JOINT ADR STIPULATION**<br><br>Trial Date:  None |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration　　　　☐ Early Neutral Evaluation (ENE)　　　　☒ Mediation

The parties request that the mediator be familiar with the California and Federal employment laws.

JOINT ADR STIPULATION (C-07-05148-JW)

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

The parties agree to hold the ADR session by:

☒     the presumptive deadline of 90 days.

Dated: January 22, 2008

                     /s/ *Todd K. Boyer*
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SEARS, ROEBUCK AND CO.

Dated: January 22, 2008

                     /s/ *Michael P. Guta*
MICHAEL P. GUTA
LAW OFFICES OF JOHN E. HILL
Attorneys for Plaintiff
CONSTANCE LONDON

IT IS SO ORDERED:

Dated: __January 23__, 2008

                *James Ware*
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Firmwide:84098460.1 053194.1004

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT ADR STIPULATION (C-07-05148-JW)     2.