# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| London,<br><br>                Plaintiff(s),<br>    v.<br>Sears, Roebuck & Company,<br><br>                Defendant(s). | 07-05148 JW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Jody I LeWitter**
> Siegel & Lewitter
> 1939 Harrison St., Suite 307
> Oakland, CA 94612
> 510-452-5000

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05148 JW MED                                         - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: January 28, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05148 JW MED                    - 2 -