# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| London,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Sears, Roebuck & Company,<br><br>　　　　Defendant(s). | No. C 07-05148 JW MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) _April 22, 2008_

2. Did the case settle?　　☐ fully　　☐ partially　　☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☑ no

4. **IS THIS ADR PROCESS COMPLETED?**　　☑ YES　　☐ NO

Dated: _4-22-08_　　　　　　　　　_[signature]_

Mediator, Jody I LeWitter
Siegel & Lewitter
1939 Harrison St., Suite 307
Oakland, CA 94612

**Certification of ADR Session**
07-05148 JW MED