**United States District Court**
For the Northern District of California

**\*E-FILED\***
**January 7, 2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE LONDON, | No. C 07-05148 JW (RS) |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| SEARS, ROEBUCK & COMPANY, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that the settlement conference previously scheduled for **February 17, 2009** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **March 2, 2009 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order, dated December 18, 2008, shall remain in effect.

The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior to the date set for settlement conference.

Dated: January 7, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Dennis M. Brown     dbrown@littler.com, ebond@littler.com

John E. Hill     johnhill@hill-law-offices.com, danielstenson@hill-law-offices.com, joseduran@hill-law-offices.com, mikesher952@aol.com

Michael Paul Guta     johnhill-law@msn.com, mikesher952@aol.com

Todd Kenneth Boyer     tboyer@littler.com, pbridges@littler.com


Dated: January 7, 2009


                              CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                              By:     /s/ *BAK*