IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Constance London, | No. C 07-05148 JW |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| Sears, Roebuck & Company, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on October 19, 2009. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. (See Docket Item No. 128.) Based on their joint submission, it appears that a schedule for the case can be set without the necessity of an appearance at this time.

In light of the Court's recent Order Granting Plaintiff's Motion for Limited Reconsideration,[1] the Court finds good cause to grant a brief extension of discovery. The Court finds that the length of time this case has already been pending, the extensive discovery which has already taken place, and the dispositive motions that have already been filed and decided all militate for a short additional discovery period.

---

[1] (Docket Item No. 127.)

Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule:

(1) On or before **December 21, 2009**, the parties shall complete all discovery.

(2) The last day for *hearing* dispositive motions shall be **February 8, 2010 at 9 a.m.** The parties shall notice and file their motions in accordance with the Civil Local Rules of Court.

(3) In its Order addressing the anticipated dispositive motions, the Court will set a Preliminary Pretrial Conference, if necessary.

Dated: October 15, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dennis M. Brown dbrown@littler.com
John E. Hill johnhill@hill-law-offices.com
Michael Paul Guta johnhill-law@msn.com
Nathalie A. Le Ngoc nlengoc@littler.com
Todd Kenneth Boyer tboyer@littler.com

Dated: October 15, 2009                    Richard W. Wieking, Clerk

By: /s/ JW Chambers
    Elizabeth Garcia
    **Courtroom Deputy**