1  JOHN E. HILL (Bar No. 45338)
   MICHAEL P. GUTA (Bar No. 121509)
2  LAW OFFICES OF JOHN E. HILL
   8105 Edgewater Drive, Suite 100
3  Oakland, CA 94621
   Telephone: (510) 588-1000
4  Facsimile:  (510) 729-6333

5  Attorneys for Plaintiff
   CONSTANCE LONDON

*IT IS SO ORDERED*
*Judge James Ware*
8/9/2010

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| CONSTANCE LONDON, | Case No. C 07-05148 JW |
|---|---|
| Plaintiff, | STIPULATED DISMISSAL OF THIRD CAUSE OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING THIRD CAUSE OF ACTION WITH PREJUDICE |
| v. | |
| SEARS, ROEBUCK AND COMPANY, an Illinois Corporation, and DOES I THROUGH XX, inclusive, | |
| Defendant (s). | |

WHEREAS the parties to this action have fully and finally resolved all issues relating to Plaintiff's third cause of action for recovery of unpaid wages in the Complaint, IT IS HEREBY STIPULATED by and between the parties to the action that Plaintiff's claim for recovery of unpaid wages be, and hereby is, dismissed with prejudice as to Defendant pursuant to Fed. R. C. P. 41(a)(1). Plaintiff reserves her right to appeal the Judgment to be entered.

//

//

1  IT IS FURTHER STIPULATED by and between that each party shall bear its own attorne
2  and costs of suit.
3
4  DATED: 7/12/10                          LAW OFFICES OF JOHN E. HILL
5
6                                          By: _____
7                                              MICHAEL P. GUTA
                                                **Attorney for Plaintiff**
8
9  DATED: 7/19/10
10
11
12
13                                          By: _____
                                                TODD K. BOYER
14                                              LITTLER MENDELSON
                                                **Attorneys for Defendant**
15
16
   IT IS SO ORDERED.
17
   Dated: August 9, 2010                   _____
18                                          United States District Judge
19
20
21
22
23
24
25
26